**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DS SMITH PLASTICS LIMITED and RAPAK, LLC, ) ) ) | |
| Plaintiffs, ) | Civil Action No. 1:15-cv-05760 |
| ) v. ) | Judge Gary Feinerman |
| ) PLASCON PACKAGING, INC., ) BRINKER INTERNATIONAL, INC., ) and THE WASSERSTROM ) COMPANY. ) ) Defendants. ) ) | Magistrate Daniel G. Martin |

**STIPULATION OF DISMISSAL**

Plaintiffs/Counter-defendants DS Smith Plastics Limited and Rapak, LLC ("Plaintiffs") and Defendants/Counter-claimants Plascon Packaging, Inc., Brinker International, Inc., and The Wasserstrom Company ("Defendants") hereby stipulate as follows pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure:

(1) The claims asserted by Plaintiffs in their Complaint in this case against Defendants shall be dismissed in their entirety, with prejudice pursuant to the terms of the settlement agreement executed by the Parties;

(2) The counterclaims asserted by Defendants in their Answers and Counterclaims in this case against Plaintiffs shall be dismissed in their entirety, with prejudice pursuant to the terms of the settlement agreement executed by the Parties; and

(3) Each party shall bear its own costs and attorneys' fees.

Dated:  August 19, 2016 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Peter J. McAndrews
　　　　　　　　　　　　　　　　　　　　Peter J. McAndrews
　　　　　　　　　　　　　　　　　　　　David Z. Petty
　　　　　　　　　　　　　　　　　　　　MCANDREWS, HELD & MALLOY, LTD.
　　　　　　　　　　　　　　　　　　　　500 West Madison St., 34th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　　(312) 775-8000
　　　　　　　　　　　　　　　　　　　　pmcandrews@mcandrews-ip.com
　　　　　　　　　　　　　　　　　　　　dpetty@mcandrews-ip.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


　　　　　　　　　　　　　　　　　　　　/s/ Douglas P. LaLone
　　　　　　　　　　　　　　　　　　　　Douglas P. LaLone
　　　　　　　　　　　　　　　　　　　　Michael T. Fluhler
　　　　　　　　　　　　　　　　　　　　Fishman Stewart PLLC
　　　　　　　　　　　　　　　　　　　　39533 Woodward Avenue, Suite 140
　　　　　　　　　　　　　　　　　　　　Bloomfield Hills, MI 48304
　　　　　　　　　　　　　　　　　　　　Tel: (248) 594-0600
　　　　　　　　　　　　　　　　　　　　Fax: (248) 594-0610
　　　　　　　　　　　　　　　　　　　　DLaLone@fishstewip.com
　　　　　　　　　　　　　　　　　　　　MFluhler@fishstewip.com

　　　　　　　　　　　　　　　　　　　　Colby A. Kingsbury (IL6272842)
　　　　　　　　　　　　　　　　　　　　Faegre Baker Daniels LLP
　　　　　　　　　　　　　　　　　　　　311 S. Wacker Drive, Suite 4300
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　Tel.: (312) 212-6500
　　　　　　　　　　　　　　　　　　　　Fax: (312) 212-6501
　　　　　　　　　　　　　　　　　　　　Colby.Kingsbury@FaegreBD.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016 a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this case.

/s/ Violet Tovar
Paralegal
McAndrews, Held & Malloy, Ltd.